JANET WRIGHT, as Administratrix, etc., of ROBERT WRIGHT, Deceased, Respondent, v. MEXICO MOTOR CAR & SUPPLY Co., Appellant.— Order reversed on the law and facts as a matter of discretion, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur. (The order denies defendant's motion for issuance of a supplemental summons directed to a third party in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of HAROLD H. COHEN, an Attorney.— Order entered upon resignation striking name of attorney from Roll of Attorneys and Counselors at Law. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of GEORGE R. GRAVES.— Application for reinstatement granted. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.